IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MARK THOMAS     PLAINTIFF

v.     CIVIL ACTION NO. 3:21-cv-00260-GHD-RP

NORTH MISSISSIPPI HEALTH SERVICES, INC.     DEFENDANT

ORDER OF RECUSAL

The undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this, the 29th day of August, 2022.

_____
SENIOR U.S. DISTRICT JUDGE